No. 344. BEST *v.* CALIFORNIA. On petition for writ of certiorari to the District Court of Appeal, 2d Appellate District, of California; and

No. 586. HAMILTON *v.* TEXAS. On petition for writ of certiorari to the Court of Criminal Appeals of Texas. October 13, 1941. The motions for leave to proceed further *in forma pauperis* are denied for the reason that the Court, upon examination of the papers herein submitted, finds that the applications for writs of certiorari were not filed within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940); *Finn* v. *Railroad Commission,* 286 U. S. 559. The petitions for writs of certiorari are therefore also denied. *James Best, pro se. Mr. Charles Mooney* for petitioner in No. 586. Reported below: No. 344, 43 Cal. App. 2d 100, 110 P. 2d 504; No. 586, 138 Tex. Cr. R. 205, 135 S. W. 2d 476; 150 S. W. 2d 395.